UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  INDICTMENT

    - v. -  :  10 Cr.

STEVEN J. SANTANA, JR.,  :
    a/k/a "Tec,"
                              :
         Defendant.
                              :
- - - - - - - - - - - - - - - - x



10 CRIM 1057

The Grand Jury charges:

COUNT ONE

On or about June 9, 2010, in the Southern District of New York, STEVEN J. SANTANA, JR., a/k/a "Tec," the defendant, unlawfully, knowingly, and willfully did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, while such persons were engaged in and on account of the performance of their official duties, to wit, SANTANA resisted FBI agents attempting to arrest him pursuant to a federal arrest warrant, physically contacting agents and inflicting bodily injury.

(Title 18, United States Code, Section 111(a)(1) and (b).)

_____
FOREPERSON

11-01-10

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

STEVEN J. SANTANA, JR.
a/k/a "Tec,"

Defendant.

---

### INDICTMENT

(18 U.S.C. § 111(a)(1) and (b).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
                    Foreperson.

---

11/1/10   Filed Indictment Assigned to Judge Sand
                                    Cott, USMJ