U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/13
```

# MEMO ENDORSED

April 2, 2013

**BY FAX**
The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Steven Santana,**
             **10 Crim. 1057 (KMW)**

Dear Judge Wood:

      The Court *sua sponte* adjourned the sentencing in this matter from April 15, 2013 to May 7, 2013. The Government currently is scheduled to file its sentencing memorandum tomorrow. Given the adjournment of the sentencing, the Government respectfully requests that the due date for its submission be adjourned one week to April 10, 2013. Defense counsel consents to this request.

*GRANTED*
*KMW*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Alvin Bragg
Alvin Bragg
Assistant United States Attorney
(212) 637-1085

cc:    Patrick Joyce, Esq. (By Fax)

SO ORDERED:  N.Y., N.Y.  4-3-13

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.